Michael Yancey III
Nevada Bar No: 16158
CONSUMER JUSTICE LAW FIRM PLC
2300 West Sahara Ave. Suite 800
Las Vegas, NV 89102
T: (480) 573-9272
F: (480) 613-7733
E: myancey@consumerjustice.com

*Attorneys for Plaintiff*
*Lori Lavon Bonilla*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LORI LAVON BONILLA,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC AND CREDIT SECURITY ACCEPTANCE CORP.<br><br>Defendants. | Case No.: 3:26-cv-00047-MMD-CSD<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Lori Lavon Bonilla and Defendant Equifax Information Services, LLC ("Equifax"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant Equifax only. Each party shall bear their own costs and attorneys' fees, in accordance with the parties' settlement agreement.

//

//

//

//

1

ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC

Dated: May 8, 2026,

By: /s/ *Michael Yancey III*
Michael Yancey III, NV #16158
CONSUMER JUSTICE LAW FIRM
PLC
2300 West Sahara Ave. Suite 800
Las Vegas, NV 89102
E: myancey@consumerjustice.com
T: (480) 573-9272
F: (480) 613-7733

*Attorneys for Plaintiff,*
*Lori Lavon Bonilla*

/s/ *Gia N. Marina*
Gia N. Marina, Esq.
Clark Hill PLLC
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, NV 89135

*Counsel for Equifax Information Services LLC*

**IT IS SO ORDERED:**

**UNITES STATES DISTRICT JUDGE**

**DATED:**   May 11, 2026

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER JUSTICE LAW FIRM**

By: */s/Nina Villanueva*
Nina Villanueva