Rita Ricks, NSB No. 5583
HAWLEY TROXELL ENNIS & HAWLEY LLP
6490 S. McCarran Blvd., Suite 4
Reno, NV 89509
Telephone: 775.829.9944
Email: rricks@hawleytroxell.com

Andrew C. Nelson, NSB No. 15971
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 W. Main Street, Suite 200
P.O. Box 1617
Boise, ID 83701-1617
Telephone: 208.344.6000
Email: anelson@hawleytroxell.com

Stacey L. Beaumont, ISB No. 10520 (*pro hac vice forthcoming*)
HAWLEY TROXELL ENNIS & HAWLEY LLP
704 E. Sherman Avenue
Coeur d'Alene, ID 83814
Telephone: 208.444.4170
Facsimile: 208.954.5221
Email: sbeaumont@hawleytroxell.com

Attorneys for Defendant Edge Credit Reporting LLC

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LORI LAVON BONILLA,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, CREDIT SECURITY ACCEPTANCE CORP., AND EDGE CREDIT REPORTING LLC,<br><br>Defendant. | Case No. 3:26-cv-00047-MMD-CSD<br>ORDER GRANTING<br>STIPULATION TO APPEAR REMOTELY |

IT IS STIPULATED, by and between the parties hereto, by and through their respective counsel of record, Michael Yancey III of the firm Consumer Justice Law Firm PLC, appearing

for the Plaintiff, and Andrew C. Nelson and Stacey L. Beaumont (pro hac vice forthcoming) of the firm Hawley Troxell Ennis & Hawley LLP, appearing for Defendant Edge Credit Reporting LLC, that counsel for the above-named parties request to appear remotely at the Case Management Conference, currently scheduled for October 5, 2026 at 11:00 a.m. PST.

Dated: August 28, 2026

HAWLEY TROXELL ENNIS & HAWLEY LLP

By */s/Andrew C. Nelson*
Andrew C. Nelson, NSB No. 15971
Attorneys for Defendant Edge Credit Reporting LLC

Dated: August 28, 2026

CONSUMER JUSTICE LAW FIRM PLC

By */s/Michael Yancey III*
Michael Yancey III, NVSB No. 16158
Attorneys for Plaintiff

IT IS SO ORDERED.

Dated August 28, 2026

UNITED STATES MAGISTRATE JUDGE



66111.0002.4905-7481-5947.1